## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Paul Walter Pocalyko,**<br>      **Plaintiff,**<br><br>      **v.**<br><br>**Baker Tilly Virchow Crouse, LLP,**<br>      **Defendant.** | **CIVIL ACTION**<br><br><br>**NO. 16-3637** |

## O R D E R

**AND NOW**, this <u>29th</u> day of November 2016, after review of documents ECF 1, ECF 4, ECF 7, ECF 8, ECF 11, and ECF 12, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss and Compel Arbitration (ECF 4) is **GRANTED**.

**BY THE COURT:**

/s/ Michael M. Baylson_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-3637 Pocalyko v. Baker Tilly\Order re Motion to Dismiss and Compel Arb.docx